UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      Case No. 2:17-cr-20

                                      HON. JANET T. NEFF

DAVID LOUIS VERNIER,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on June 28, 2017, for a hearing regarding his bond and information provided by him on his financial affidavit. Defense counsel requested more time to prepare for the hearing on the matter and the Court granted that request. Due to the possibility that defendant may have submitted an inaccurate financial affidavit, and may have violated his bond, the government, with concurrence of pretrial services, moved that defendant be detained pending resolution of this matter.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                           */s/ Timothy P. Greeley*
                                                           TIMOTHY P. GREELEY
                                                           UNITED STATES MAGISTRATE JUDGE

Dated: June 29, 2017